Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

                                Case No.:  19−21498−ABA
                                  Chapter:  13
                                  Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jason R Stant | Gina R Stant |
| dba Stant Transport, LLC | 239 Glenside Lane |
| 239 Glenside Lane | Williamstown, NJ 08094 |
| Williamstown, NJ 08094 | |

Social Security No.:
    xxx−xx−3622                                xxx−xx−1857

Employer's Tax I.D. No.:

_____

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

    TO: <u>Jason R Stant and Gina R Stant</u>
        Debtor(s)

    You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether
the debtor has cured the default and paid post−petition amounts.

Dated: August 7, 2024
JAN: def

                                          <u>Jeanne Naughton, Clerk</u>