Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−21498−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jason R Stant
dba Stant Transport, LLC
239 Glenside Lane
Williamstown, NJ 08094

Gina R Stant
239 Glenside Lane
Williamstown, NJ 08094

Social Security No.:
xxx−xx−3622                                   xxx−xx−1857

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

TO: Jason R Stant and Gina R Stant
    Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: August 7, 2024
JAN: def

Jeanne Naughton, Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Jason R Stant  
Gina R Stant  
    Debtors

Case No. 19-21498-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Aug 07, 2024      Form ID: ntcfncur      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jason R Stant, Gina R Stant, 239 Glenside Lane, Williamstown, NJ 08094-2525 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2024 at the address(es) listed below:

**Name**      **Email Address**

Andrew B Finberg  
     ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg  
     on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Courtney R. Shed  
     on behalf of Creditor Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing LLC cshed@grosspolowy.com, ecfnotices@grosspolowy.com

Denise E. Carlon  
     on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall  
     on behalf of Creditor FREEDOM MORTGAGE CORPORATION ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 07, 2024 | Form ID: ntcfncur | Total Noticed: 1 |

Elizabeth L. Wassall
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ewassall@logs.com
    njbankruptcynotifications@logs.com;logsecf@logs.com

Harold N. Kaplan
    on behalf of Creditor WEI Mortgage LLC hkaplan@rasnj.com  kimwilson@raslg.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.
    on behalf of Creditor Mariner Finance LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Matthew K. Fissel
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
    matthew.fissel@brockandscott.com

Seymour Wasserstrum
    on behalf of Debtor Jason R Stant mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

Seymour Wasserstrum
    on behalf of Joint Debtor Gina R Stant mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

Sindi Mncina
    on behalf of Creditor WEI Mortgage LLC smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14