**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jason R Stant** | Social Security number or ITIN   xxx–xx–3622 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Gina R Stant** | Social Security number or ITIN   xxx–xx–1857 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   **19–21498–ABA** | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jason R Stant
dba Stant Transport, LLC

Gina R Stant

9/18/24

**By the court:** <u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                **Chapter 13 Discharge**                page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 19-21498-ABA

Jason R Stant                                                                              Chapter 13

Gina R Stant

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                                          User: admin                                                     Page 1 of 4

Date Rcvd: Sep 18, 2024                               Form ID: 3180W                                    Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason R Stant, Gina R Stant, 239 Glenside Lane, Williamstown, NJ 08094-2525 |
| aty | + | Courtney R. Shed, 95 Mount Bethel Road, Suite 3, Warren, NJ 07059-5169 |
| cr | + | ARC HOME LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | ARC HOME LLC (F/K/A WEI MORTGAGE LLC), Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | FLAGSTAR BANK, FSB AS SERVICER FOR ARC HOME LLC (F, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518291632 | + | AFC Urgent Care, 475 Hurffville Crosskeys Road, ste B, Sewell, NJ 08080-2360 |
| 518623897 | + | ARC HOME LLC (F/K/A WEI MORTGAGE LLC)., FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 518291640 | + | Fedloan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 518350660 | #+ | Gateway One Lending & Finance, LLC, 175 N Riverview Drive, Anaheim, CA 92808-1225 |
| 518291646 | | Kennedy Medical Group, PO Box 95000, Philadelphia, PA 19195-0001 |
| 518315752 | + | Landstar Loan, 13410 Sutton Park Drive South, Jacksonville, FL 32224-5270 |
| 518291646 | + | Macaione and Papa Dermatology, 707 White Horse Rd Suite C103, Voorhees, NJ 08043-2461 |
| 518291647 | + | Mariner Finance, 3650 E Landis Avenue, Vineland, NJ 08361 |
| 518291650 | | Sallie Mae, 111000 Usa Pkwy, Fishers, IN 46037 |
| 518768380 | | SantanderConsumerUSA Inc, successor in interest to Gateway,One, Lending&Finance,LLC(Gateway), P.O. Box 560284 Dallas, TX 75356 |
| 518768381 | | SantanderConsumerUSA Inc, successor in interest to Gateway,One, Lending&Finance,LLC(Gateway), P.O. Box 560284 Dallas, TX 75356, SantanderConsumerUSA Inc successor in interest to Gateway,One |
| 518427563 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 518315753 | + | Vivint Solar, 20-B Roland Ave, Mt. Laurel, NJ 08054-1061 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 18 2024 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 18 2024 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bankruptcy@marinerfinance.com | Sep 18 2024 20:31:00 | Mariner Finance LLC, 8211 Town Center DR, Balto.,, MD 21236-5904 |
| 518291633 | + | Email/Text: bankruptcy@pepcoholdings.com | Sep 18 2024 20:31:00 | Atlantic City Electric, 5 Collins Drive Suite 2133, Pepco Holdings Inc, Bankruptcy Division, Penns Grove, NJ 08069-3600 |
| 518908369 | | Email/Text: legal@lonemountaintruck.com | Sep 18 2024 20:30:00 | Cresco Capital, Inc., Attn: Legal Department, 200 |

District/off: 0312-1                     User: admin                              Page 2 of 4
Date Rcvd: Sep 18, 2024                  Form ID: 3180W                           Total Noticed: 51

| | | | |
|---|---|---|---|
| | | | Owen Parkway Circle, Carter Lake, IA 51510 |
| 518291639 | Email/Text: legal@lonemountaintruck.com | Sep 18 2024 20:30:00 | Cresco capital, 200 Owen Parkway Circle, Carter Lake, IA 51510 |
| 518291634 | Email/Text: amanda@cascollects.com | Sep 18 2024 20:32:00 | Capital Collection Service, Po Box 150, RE: Dr. Daniel C. Schwartz DDS, West Berlin, NJ 08091-0150 |
| 518345792 | + EDI: AIS.COM | Sep 19 2024 00:22:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518291635 | + EDI: CAPITALONE.COM | Sep 19 2024 00:22:00 | Capital One Bank Usa Na, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518291636 | + EDI: WFNNB.COM | Sep 19 2024 00:22:00 | Comenity Bank/Lane Bryant, PO Box 182789, Columbus, OH 43218-2789 |
| 518291637 | EDI: WFNNB.COM | Sep 19 2024 00:22:00 | Comenity Bank/Torrid, PO Box 182789, Columbus, OH 43218-2789 |
| 518291638 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 18 2024 20:46:39 | Credit One Bank, PO BOX 98873, Las Vegas, NV 89193-8873 |
| 518621068 | ^ MEBN | Sep 18 2024 20:28:25 | FLAGSTAR BANK, P.O. BOX 660263, DALLAS, TX 75266-0263 |
| 518621069 | ^ MEBN | Sep 18 2024 20:28:26 | FLAGSTAR BANK, P.O. BOX 660263, DALLAS, TX 75266-0263, FLAGSTAR BANK, P.O. BOX 660263, DALLAS, TX 75266-0263 |
| 519026913 | Email/Text: Bankruptcy@Freedommortgage.com | Sep 18 2024 20:31:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 519026914 | Email/Text: Bankruptcy@Freedommortgage.com | Sep 18 2024 20:31:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764, Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 518291644 | + EDI: IRS.COM | Sep 19 2024 00:22:00 | IRS, 1601 Market St, Philadelphia, PA 19103-2301 |
| 518330401 | + Email/Text: bankruptcy@marinerfinance.com | Sep 18 2024 20:31:00 | MARINER FINANCE, LLC, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 518291648 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 18 2024 20:31:00 | Midland Funding, 8875 Aero Dr, Ste 200, San Diego, CA 92123-2255 |
| 520044484 | ^ MEBN | Sep 18 2024 20:29:04 | Nationstar Mortgage LLC as servicing agent for Lak, Servicing, LLC, Gross Polowy LLC, 1775 Wehrle Drive, Suite 100, Williamsville NY 14221-7093 |
| 519514702 | + Email/Text: nsm_bk_notices@mrcooper.com | Sep 18 2024 20:31:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 519514701 | + Email/Text: nsm_bk_notices@mrcooper.com | Sep 18 2024 20:31:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 518291649 | ^ MEBN | Sep 18 2024 20:26:43 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 518413616 | EDI: PRA.COM | Sep 19 2024 00:22:00 | Portfolio Recovery Associates, LLC, C/O Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 518398506 | EDI: Q3G.COM | Sep 19 2024 00:22:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518291653 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 18 2024 20:30:00 | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 518291654 | + EDI: SYNC | | |

District/off: 0312-1 | User: admin | Page 3 of 4
Date Rcvd: Sep 18, 2024 | Form ID: 3180W | Total Noticed: 51

| | | Sep 19 2024 00:22:00 | SYNCB Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 518291651 | + Email/Text: bkteam@selenefinance.com | | |
| | | Sep 18 2024 20:31:00 | Selene Finance, 9990 Richmond Ave Ste 400 South, Houston, TX 77042-4546 |
| 518291652 | + Email/Text: bankruptcynotice@sjindustries.com | | |
| | | Sep 18 2024 20:31:00 | South Jersey Gas, Po Box 577, Attn: Mrs. DeMarco, Hammonton, NJ 08037-0577 |
| 518292497 | ^ MEBN | | |
| | | Sep 18 2024 20:28:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518427563 | ^ MEBN | | |
| | | Sep 18 2024 20:28:38 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 519841198 | + Email/Text: EBN@edfinancial.com | | |
| | | Sep 18 2024 20:30:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 518406527 | + Email/Text: bkteam@selenefinance.com | | |
| | | Sep 18 2024 20:31:00 | WEI MORTGAGE LLC, C/O Selene Finance, LP, 9990 Richmond Ave Suite 400 South, Houston, TX 77042-4546 |
| 518299776 | + Email/Text: RASEBN@raslg.com | | |
| | | Sep 18 2024 20:30:00 | WEI Mortgage LLC, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| cr | *+ | WEI Mortgage LLC, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518291643 | * | IRS, PO Box 725, Special Procedures Function, Springfield, NJ 07081 |
| 518291642 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 518305607 | * | IRS, PO BOX 7346, PHILADELPHIA PA 19101-7346 |
| 518291641 | ##+ | Gateway One Lending, 3818 E Coronado St, Suite 100, Anaheim, CA 92807-1620 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | |
| | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |

District/off: 0312-1                                   User: admin                                        Page 4 of 4
Date Rcvd: Sep 18, 2024                              Form ID: 3180W                                   Total Noticed: 51

Andrew B Finberg
ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Courtney R. Shed
on behalf of Creditor Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing  LLC cshed@grosspolowy.com,
ecfnotices@grosspolowy.com

Denise E. Carlon
on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall
on behalf of Creditor FREEDOM MORTGAGE CORPORATION ewassall@logs.com
njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ewassall@logs.com
njbankruptcynotifications@logs.com;logsecf@logs.com

Harold N. Kaplan
on behalf of Creditor WEI Mortgage LLC hkaplan@rasnj.com  kimwilson@raslg.com

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.
on behalf of Creditor Mariner Finance LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Matthew K. Fissel
on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
matthew.fissel@brockandscott.com

Seymour Wasserstrum
on behalf of Debtor Jason R Stant mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

Seymour Wasserstrum
on behalf of Joint Debtor Gina R Stant mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

Sindi Mncina
on behalf of Creditor WEI Mortgage LLC smncina@raslg.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 14